IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MINNESOTA LIFE INSURANCE CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ARLENE KAGAN, ) <br> ) <br> Claimant-Defendant, ) <br> ) <br> TAMMY KAGAN, ) <br> SCOTT KAGAN, RICHARD KAGAN, ) <br> ) <br> Cross-Claimant/Defendants. ) | No. 10 CV 6003 <br> Hon. Judge Ruben Castillo |

**TAMMY KAGAN, SCOTT KAGAN AND RICHARD KAGAN'S MOTION TO STRIKE PORTIONS OF ARLENE KAGAN'S AFFIDAVIT**

NOW COMES the Cross-Claimants/Defendants, Tammy Kagan, Scott Kagan and Richard Kagan, (the "Children") by and through their attorneys, Fritzshall & Pawlowski, and for their Motion to Strike portions of Arlene Kagan's Additional Facts and Affidavit and in support state as follows:

1. The Children have objected to certain paragraphs in Arlene's Additional Facts submitted with her Response/Reply to the Motions for Summary Judgment.

2. Like many of her original submissions, paragraphs A3, A4, A5, A6, A7, attempt to introduce facts by way of Minnesota Life Insurance documents, but simply lack the proper foundation to introduce the fact into evidence. <u>Inland Real Estate Development, LLC v. HPD Cambridge, Inc</u>., 2010 WL 3404834, 1 (N.D.Ill.,2010). <u>U.S. v. Bledsoe</u>, 70 Fed.Appx. 370, 373, 2003 WL 21490952, 3 (C.A.7 (Ind.), 2003).

3. Moreover, portions of Arlene's affidavit used for the proposed Additional Fact paragraphs A8, A9, A10, A11, A12, A13 should be stricken as vague, ambiguous and lacking foundation. Paragraphs 6, 7, 8, 9, 13, 14, 15, 16, 17 and 25 of her affidavit lack specifics as to date,

time, place, who was present and contain inadmissible hearsay. <u>Prince v. Chicago Public Schools</u>, 2011 WL 3755650, 2 (N.D.Ill.,2011); FRCP 56(e).

      WHEREFORE, the Children pray that the above referenced portions of Arlene's affidavit and proposed Additional Facts be stricken and for such other and further relief as this Court deems just and equitable.

      Respectfully submitted,
Tammy Kagan, Scott Kagan and Richard Kagan


      __/s/ Steven N. Fritzshall_____
By: one of their attorneys


**FRITZSHALL & PAWLOWSKI**
**6584 N. Northwest Hwy.**
**Chicago, IL 60631**
**(773)763-4400**